JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR E. VARGAS, | Case No. CV 22-0385-JPR |
| Petitioner, | |
| v. | **J U D G M E N T** |
| ROBERT LUNA, | |
| Respondent. | |

Pursuant to the Memorandum Decision and Order Dismissing Petition and Action Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed.

DATED: January 19, 2023

*/s/ Jean Rosenbluth*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE